UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **INTERNATIONAL IP HOLDINGS, LLC,** a Michigan limited liability company**, and INNOVATION VENTURES, LLC,** a Michigan limited liability company**,**<br><br>　　*Plaintiffs,*<br><br>**v.**<br><br>**21ST CENTURY BRANDS DISTRIBUTING LLC d/b/a E6 ENERGY,** a Delaware limited liability company, **PRIME TIME INTERNATIONAL DISTRIBUTING INC. d/b/a PRIME TIME INTERNATIONAL COMPANY**, a Wyoming Corporation, **and FORWARD CORPORATION,** a Michigan corporation,<br><br>　　*Defendants*. | Case No. 2:19-cv-11081-VAR-MKM<br><br>Hon. Victoria A. Roberts<br>Magistrate Judge Mona K. Majzoub |

## STIPULATED ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Prime Time International Distributing Inc. d/b/a Prime Time International Company ("Prime Time"), was served with the Complaint in this action on May 5, 2019. Through discussions with the parties, it was requested and

agreed that Defendant Prime Time shall have until Friday, September 13, 2019, to file its answer or first responsive pleading in response to the Complaint.

**IT IS HEREBY ORDERED** that Defendant Prime Time shall file its answer or other responsive pleading in response to the Complaint by Friday, September 13, 2019.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: 8/16/19 | s/ Victoria A. Roberts<br>Honorable Victoria A. Roberts<br>United States District Court Judge |

Stipulated to and Agreed:

| | |
|---|---|
| /s/ Marc Lorelli<br>Marc Lorelli (P63156)<br>Alan J. Gocha (P80972)<br>**BROOKS KUSHMAN P.C.**<br>1000 Town Center, 22nd Floor<br>Southfield, Michigan 48075<br>Telephone: (248) 358-4400<br>Facsimile: (248) 358-3351<br>mlorelli@brookskushman.com<br>agocha@brookskushman.com<br><br>*Attorneys for Plaintiffs*<br><br>Date: August 15, 2019 | /s/ Phillip W. Nelson with Consent<br>Phillip W. Nelson (IL 62893615)<br>(Admitted E.D. Mich. Nov. 13, 2015)<br>**HOLLAND & KNIGHT LLP**<br>150 N. Riverside Plaza, Suite 2700<br>Chicago, Illinois 60606<br>Telephone: (312) 578-6584<br>Facsimile: (312) 578-6666<br>Phillip.nelson@hklaw.com<br><br>*Attorneys for Defendant Prime Time International Distributing Inc. d/b/a Prime Time International Company*<br><br>Date: August 15, 2019 |